IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARIM OVERK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| JOHN ASHCROFT, UNITED STATES | : | |
| ATTORNEY GENERAL, et al. | : | NO. 02-5253 |

ORDER

_____AND NOW, this _____ Day of _____ 2002, leave is granted Petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing of a notice of appeal.

EDUARDO C. ROBRENO, J.