IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Karim Overk | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-5253 |
| | : | |
| v. | : | |
| | : | |
| John Ashcroft, United States attorney General, Immigration and Naturalization Service | : | |
| | : | |
| Respondent. | : | |

ENTRY OF APPEARANCE

     Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

                        SUSAN R. BECKER
                        Assistant United States Attorney
                        615 Chestnut Street, Suite 1250
                        Philadelphia, PA 19106
                        Tel: (215)861-8310
                        Fax: (215)861-8642

Dated: July 30, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

        Karim Overk
        1287 County Welfare Road
        Leesport, PA 19533

        Pro se

        _____
        SUSAN R. BECKER
        Assistant United States Attorney

Dated: July 30, 2002