IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARIM OVERK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, UNITED STATES | : | |
| ATTORNEY GENERAL, ET AL. | : | NO. 02-5253 |

### **O R D E R**

AND NOW, this 21st day of August, 2002, it is Ordered that a telephone conference is scheduled for **September 11, 2002** at **9:00 a.m.**, with the Honorable Eduardo C. Robreno.

Assistant United States Attorney Susan R. Becker shall initiate the telephone conference by calling Chambers at (215) 597-4073 when all parties are on the line.[1]

ATTEST:                       or     BY THE COURT

BY:_____       _____
Deputy Clerk                              Judge

C.V. 12 (4/99)

faxed & mailed to: Susan Becker, Esq.
xc: Karim Overk, Esq.

---

[1] Susan R. Becker, Esq. shall make arrangements to have the plaintiff on the line on September 11, 2002.