```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KARIM OVERK,                    :    CIVIL ACTION
                                :    NO. 02-5253
        Petitioner,              :
                                :
    v.                          :
                                :
JOHN ASHCROFT, UNITED STATES    :
ATTORNEY GENERAL, ET AL.,       :
                                :
        Respondents.             :
```

SCHEDULING ORDER

**AND NOW**, this **11th** day of **September, 2002**, following a telephone conference with counsel for the parties, it is hereby **ORDERED** that counsel for the respondent file a response to petitioner's Habeas Corpus Petition by **September 25, 2002.**

**AND IT IS SO ORDERED.**

---
**EDUARDO C. ROBRENO,     J.**

1