IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Karim Overk | : | |
| | : | |
|     Petitioner, | : | CIVIL ACTION NO. 02-5253 |
| | : | |
| v. | : | |
| | : | |
| John Ashcroft, United States Attorney General, et al. | : | |
| | : | |
|     Respondents. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Respondents in the above-captioned matter.

---
Susan R. Becker
Assistant United States Attorney

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

---
Sonya Fair Lawrence
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel:(215) 861-8921
Fax: (215)861-8349
PA I.D. No. 81891

Dated: September 23, 2002

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

```
Karim Overk
A77-630-244
Berks County Prison
1287 County Welfare Road
Leesport, PA 19533

Pro se
```

                                        Sonya Fair Lawrence
                                        Assistant United States Attorney

Dated: September 23, 2002