IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Karim Overk | : | |
| | : | |
|     Petitioner, | : | CIVIL ACTION NO. 02-5253 |
| | : | |
|     v. | : | |
| | : | |
| John Ashcroft, United States | : | |
| Attorney General, et al. | : | |
| | : | |
|     Respondents. | : | |



**U.S. Department of Justice**
Immigration and Naturalization Service

HQPDU
801 I Street NW
Washington, DC 20536

A77 630 244

Karim Overk
C/O: USINS Philadelphia District
1600 Callowhill Street
Philadelphia, PA 19130

## Release Notification

You are currently detained in the custody of the Immigration and Naturalization Service (INS). To date, the INS has been unable to remove you from the United States.

Upon review of your case, the INS has concluded that you may be released from INS custody pending your removal from the United States. This release does not effect the foregoing order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond which you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations who may be willing to assist you upon release.

It is particularly important that you keep the INS advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. You are required by law to cooperate in that effort. If we are successful in obtaining those documents, you will be required to surrender to the INS for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

OCT - 2 2002

Signature of HQPDU Director/Designated Representative     Date

(Page 1 of 2)

GOVERNMENT EXHIBIT
1
PENGAD-Bayonne, N.J.