```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KARIM OVERK,                      :    CIVIL ACTION
                                  :    NO. 02-5253
        Petitioner,               :
                                  :
    v.                            :
                                  :
JOHN ASHCROFT, UNITED STATES      :
ATTORNEY GENERAL, ET AL.,         :
                                  :
        Respondents.              :
```

                                            <u>            ORDER           </u>

**AND NOW**, this **8th** day of **January, 2003,** the petitioner having been released from the custody of the Immigration and Naturalization Service, it is hereby **ORDERED** that petitioner's Habeas Corpus Petition is **DENIED as moot.**

**AND IT IS SO ORDERED.**

                                            **EDUARDO C. ROBRENO,      J.**